UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFRAIN SANCHEZ, : | |
| : | CIVIL ACTION NO. 1:21-0984 |
| Plaintiff : | |
| : | (JUDGE MANNION) |
| v. : | |
| UNIT MANAGER GIPE, et al., : | |
| : | |
| Defendants : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' unopposed motion for summary judgment (Doc. 20) is **GRANTED**.

2. The unidentified "Unknown Agent" defendants are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to enter judgment in the remaining Defendants' favor and against Plaintiff Efrain Sanchez on all claims.

4. The Clerk of Court is further directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  June 27, 2022
21-0984-ORDER